

FILED

09/02/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0425

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0425

JAY DONALD WITKOWSKI,

Petitioner and Appellant,

v.

ORDER

STATE OF MONTANA,

Respondent and Appellee.

FILED

SEP 02 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Jay Donald Witkowski moves this Court for appointment of counsel in his appeal. As grounds, Witkowski provides that he is incarcerated and indigent.

Witkowski appeals the June 10, 2021 Valley County District Court's dismissal of his petition for postconviction relief. There is no right to the appointment of counsel in a postconviction proceeding for relief, although a court may order the assignment of counsel under the circumstances outlined in § 46-8-104, MCA. Witkowski represented himself in his postconviction proceeding before the District Court. He has not demonstrated that extraordinary circumstances exist to justify appointment of counsel, pursuant to § 46-8-104(3), MCA. Accordingly,

IT IS ORDERED that Witkowski's "Application for Court Appointed Attorney," deemed a Motion for Appointment of Counsel, is DENIED.

The Clerk is directed to provide a copy of this Order to counsel of record and to Jay Donald Witkowski along with a copy of this Court's Appellate Handbook.

DATED this 2nd day of ~~August,~~ September 2021.

For the Court,

By _____
Chief Justice